**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| _____ | ) | |
| _____ | ) | Civil Action No. _____ |
| _____ | ) | |
| vs. | ) | or |
| _____ | ) | |
| _____ | ) | Criminal Action No. _____ |
| _____ | ) | |

**DISCLOSURE STATEMENT**

     Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

     Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

_____       _____
Date                                                          Signature of Attorney or Litigant